**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In re:

BURELL D. FISHER JR.
DEBORAH M. FISHER                                    Case No.    11-30311-DOT

Debtor                                                              Chapter 13

8025 Hillcreek Drive

Midlothian, VA 23112

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any) 6670, 3340

## ORDER APPROVING ATTORNEY COMPENSATION

The attorney for Debtors(s) filed an application for supplemental compensation stating that he is entitled to receive as supplemental compensation the amount of $ 500.00 in connection with the following:

1. The Attorney has provided services to the Debtor(s) in connection with the defense of a motion for relief from the automatic stay filed with this Court on **09/01/2011**. The motion for relief was settled without a hearing and the Court entered a consent order in this matter on **11/03/2011**.

2. The Attorney has provided services to the Debtor(s) in connection with the defense of a motion for relief from the automatic stay filed with this Court on **03/03/2012**. The motion for relief was settled without a hearing and the Court entered a consent order in this matter on **03/26/2012**.

There being no objection filed to the application for compensation in this matter to date in the amount of $ 500.00 and that the Chapter 13 trustee, Carl M. Bates**,** is authorized to pay an additional $ 500.00 to Richard J. Oulton from the next funds paid by or on behalf of the debtor to the Chapter 13 plan.

UNITED STATES BANKRUPTCY COURT

By_____

                                                                                           Judge

Notice of Order Entered on Docket

_____

I ask for this:

/s/ Richard J. Oulton

Richard J. Oulton, VSB# 29640, Counsel for Debtor

111 Highland Avenue

Colonial Heights, VS 23834

Tel. 804-520-2428

Fax: 804-318-3806

Seen and agreed

/s/ Carl M. Bates

Carl M. Bates

                                                                 Certification

      I hereby certify that this Order has been endorsed by all necessary parties to this matter.

                                                                              /s/ Richard J. Oulton

                                                                                Richard J. Oulton

Please send a copy of this Order to:

**NAME AND ADDRESS OF TRUSTEES**

Carl M. Bates

P. O. Box 1819

Richmond, VA 23218-1819

**BURELL D. FISHER JR.**
**DEBORAH M. FISHER**
Debtor
**8025 HILLCREEK DRIVE**
**MIDLOTHIAN, VA 23112**